IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

| | |
|---|---|
| IMPACT MECHANICAL, INC., <br><br> Plaintiff, <br><br> vs. <br><br> WALSH CONSTRUCTION CO., URS WASHINGTON DIVISION, PPL MONTANA, LLC, and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, <br><br> Defendants. <br><br> WALSH CONSTRUCTION CO., <br><br> Counterclaim Plaintiff, <br><br> vs. <br><br> IMPACT MECHANICAL, INC., and IMI TECHNOLOGY, CORP., <br><br> Counterclaim Defendants. | CV-12-155-BLG-DWM <br><br> **ORDER SETTING TELEPHONIC SCHEDULING CONFERENCE** |

Judge Molloy has referred this case to the undersigned for the limited purpose of conducting a formal settlement conference.  *ECF 75.*

-1-

Accordingly, **IT IS ORDERED** that a telephonic scheduling conference to select a date for the settlement conference is set for **Monday, October 7, 2013, at 10:00 a.m.**  To participate, counsel must follow these steps:

1. Dial 1-877-848-7030

2. Enter access code 5492555 #

3. Press #

4. Speak your name at the tone.


DATED this 30th day of September, 2013.


/s/ Carolyn S. Ostby
United States Magistrate Judge